CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, CHRIS LANGER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN F. BUONO, JR., in individual and representative capacity as trustee of The John F. Buono Revocable Trust dated August 27, 1985;<br>CITY CHEVROLET OF SAN DIEGO, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:19-cv-02381-W-WVG<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Motion for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: February 27, 2020　　　/s/ Phyl Grace
　　　　　　　　　　　　　　Phyl Grace
　　　　　　　　　　　　　　Attorney for Plaintiff