UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN F. BUONO, JR., in individual and representative capacity as trustee of The John F. Buono Revocable Trust dated August 27, 1985; CITY CHEVROLET OF SAN DIEGO, a California corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 19-CV-2381-W-WVG<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

  On February 28, 2020, Chris Langer ("Plaintiff") filed a Notice of Settlement in this matter. (Doc. No. 8.) Given the Parties' resolution, the Court hereby ORDERS counsel for the Parties to telephonically appear for a status conference to discuss finalizing the settlement process on **Tuesday, March 10, 2020 at 10:00 A.M.** **No later than Friday, March 6, 2020**, counsel shall lodge the names of the attorneys participating in the telephonic status conference and the telephone numbers at which the attorneys can be

/ / /

/ / /

/ / /

1

19-CV-2381-W-WVG

1  reached without fail. Chambers will initiate the conference.

2  **IT IS SO ORDERED**.

3  DATED:  March 4, 2020

```
                                        _____
                                        Hon. William V. Gallo
                                        United States Magistrate Judge
```