# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN F. BUONO, JR., et al.<br><br>　　　　　　　　　Defendants. | Case No.: 19-CV-2381 W (WVG)<br><br>**ORDER TO CLOSE DISTRICT COURT CASE FILE** |

　　　Plaintiff has dismissed this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*See Notice of Dism.* [Doc. 13].[1]) Accordingly, the Clerk shall close the District Court case file.

　　　**IT IS SO ORDERED**.

Dated: April 10, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff's notice incorrectly refers to FRCP 41(a)(2), which requires a court order. Because none of the Defendants served an answer or summary-judgment motion, FRCP 41(a)(1)(A)(i) authorized Plaintiff to voluntarily dismiss the case.

1